123 So.2d 533

**Lucille BETTS, Anita Johnson, Connie Russo**

v.

**STATE.**

**I Div. 918.**

Supreme Court of Alabama.

Sept. 15, 1960.

Wm. Grayson, Mobile, for petitioners.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Lucille Betts and others for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Betts et al. v. State, 123 So. 2d 533.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.

122 So.2d 152

**Vunnie Lee BUXTON**

v.

**STATE.**

**4 Div. 49.**

Supreme Court of Alabama.

July 14, 1960.

MacDonald Gallion, Atty. Gen., and Winston Huddleston, Supernumerary Circuit Solicitor, for petitioner.

J. Fletcher Jones and A. R. Powell, Jr., Andalusia, opposed.

MERRILL, Justice.

Petition of the State, by its Attorney General for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Buxton v. State, 122 So.2d 151.

Writ denied.

LIVINGSTON, C. J., and LAWSON and SIMPSON, JJ., concur.

127 So.2d 641

**Grady V. CHAPPELL**

v.

**Edaline L. BOYKIN.**

**6 Div. 661.**

Supreme Court of Alabama.

March 2, 1961.

Tweedy & Beech, Jasper, for petitioner.

Bevill & Bevill, Jasper, opposed.

SIMPSON, Justice.

Petition of Grady V. Chappell for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Chappell v. Boykin, 127 So.2d 636.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.